JS - 6/ENTER

FILED
APR 20 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SERGIO PEREZ DE SANTIAGO, <br>     Petitioner, <br>     v. <br> DOMINGO URIBE, JR., WARDEN, <br>     Respondent. | Case No. CV 11-00952-R (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: _April 19, 2011_

_____
Manuel L. Real
United States District Judge